IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

STANDING ORDER FOR CIVIL ACTIONS ASSIGNED
TO JUDGE DAVID FOLSOM

Pursuant to 28 U.S.C. §636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, it is ORDERED:

**CASES REFERRED**

1. Forty percent (40%) of selected civil actions filed in the Marshall Division of the Eastern District of Texas after the date of this order and assigned to United States District Judge David Folsom, are hereby referred to United States Magistrate Judge Chad Everingham. This order is effective as of the date signed.

**PRETRIAL PROCEEDINGS**

2. Judge Everingham shall handle <u>all pretrial proceedings</u> in cases referred under paragraph 1. This shall include:

   a. hear and determine all matters within the magistrate judge's dispositive jurisdiction;

   b. proceed in accordance with 28 U.S.C. §636(b)(1)(B) and (C) concerning matters excepted from the magistrate judge's dispositive jurisdiction under 28 U.S.C. §636(b)(1)(A); and

   c. after approval of the final pretrial order, the magistrate judge shall issue a report to the district judge indicating that the case is ready for trial and that all the parties have not consented to his jurisdiction.

Upon receipt of the report, the referral under paragraph 1 shall be withdrawn, and the case shall be returned to the undersigned for all further proceedings and entry of judgment.

## CONSENT

3. Upon receipt of signed consent forms by all parties, the case shall be reassigned to Judge Everingham, who shall conduct all proceedings, including jury and non-jury trials, and order the entry of judgment

## REFERRAL PROCEDURE

4. Cases referred to Judge Everingham under this order shall be selected randomly

5. The clerk shall administer the random referrals and case assignments to Judge Everingham according to procedures devised by the clerk and approved in advance by the undersigned

6. Every case referral shall be free from actual or potential influence or manipulation by any litigant, counsel, member of the public, or unauthorized member of the court family. The clerk shall secure case assignment records and paraphernalia utilized in making random referrals and assignments to ensure the unauthorized members of the court's staff, attorneys, litigants, and members of the public may not ascertain the name of the judicial officer(s) previously selected from the random case referral and assignment arrays; the name of the next judicial officer in the arrays; or the name(s) of any remaining judicial officer(s) in the arrays

7. In the event of recusal or other disqualification of the magistrate judge in a case referred and assigned under this order, the case shall return automatically to the docket of the undersigned, subject to further orders of this court.

8. Case referrals pursuant to paragraph 1, case reassignments under paragraph 3, and withdrawals of referrals under paragraphs 2 and 7 shall be effected automatically under this order. Absent special circumstances, case-specific orders of reference, reassignment, and withdrawal shall not be entered.

9. This order does not affect General Orders 05-4, 05-5, 05-6, 05-7, and 05-8 or other

established procedures for reference to magistrate judges of special category cases (*e g* preliminary motions to proceed *in forma pauperis* and for appointment of counsel in Title VII cases, prisoner cases, matters on the miscellaneous docket, *etc.*)

10 Nothing herein shall preclude reference of additional matters to the magistrate judge or the withdrawal of references in cases subject to this order whenever appropriate.

This order shall become effective as of cases filed on or after the date of this order.

**SIGNED this 23rd day of June, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE